IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDSEY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| MEDIA PLAY, INC., | ) | NO. 1:04-CV-2407 (JEC) |
| MRA HOLDING, LLC, and | ) | |
| MANTRA FILMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SUGGESTION OF BANKRUPTCY

Defendants hereby state that on April 9, 2013, Defendants MRA HOLDING, LLC, and MANTRA FILMS, INC. filed for bankruptcy in the United States Bankruptcy Court, Central District of California, Case Nos. 2:13-bk-19224-RK and 2:13-bk-19216-RN, respectively. Copies of the Notices of Bankruptcy Filing are attached hereto as Exhibit A.

This 16th day of April, 2013

                                                              s/ J. Scott Carr
                                                          J. SCOTT CARR
                                                          Georgia Bar No. 111892

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDSEY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| MEDIA PLAY, INC., | ) | NO. 1:04-CV-2407 (JEC) |
| MRA HOLDING, LLC, and | ) | |
| MANTRA FILMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

This certifies that, on this day, I have electronically filed the foregoing SUGGESTION OF BANKRUPTCY with the Court using the CM/ECF System, which will automatically send electronic mail notification of such filing to the following attorney of record:

Jeffrey S. Banks
BANKS & RIEDEL
1301 Shiloh Road
Suite 1610
Kennesaw, Georgia  30144

Dated:  April 16th, 2013.

           s/ J. Scott Carr
J. SCOTT CARR
Georgia Bar No. 111892

2

        WARGO & FRENCH LLP
        999 Peachtree Street, N. E.
        26th Floor
        Atlanta, Georgia  30309
        (404) 853-1500
        (404) 853-1501 (facsimile)

*Attorneys for Defendant Mantra Films, Inc.*
*and MRA Holding LLC*