IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDSEY BULLARD,

    Plaintiff,

v.

MRA HOLDING, LLC, et al.,

    Defendants.

CIVIL ACTION NO.
1:04-cv-2407-JEC

**ORDER**

    This case is before the Court on defendants MRA Holding, LLC and Mantra Films, Inc.'s Suggestion of Bankruptcy [192]. Defendants MRA Holding, LLC and Mantra Films, Inc. have filed Chapter 7 petitions in the United States Bankruptcy Court for the Central District of California. Pursuant to 11 U.S.C. § 362(a)(1), all proceedings involving these defendants are automatically stayed unless and until the Bankruptcy Court lifts that stay or otherwise indicates that the litigation in this case may proceed.

    Accordingly, the Court **ADMINISTRATIVELY TERMINATES** this action without prejudice to the right of the parties to reopen this proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. Any such motion to reopen shall be made within 60 days of the bankruptcy court order lifting the stay.

SO ORDERED, this 8th day of MAY, 2013.


                              /s/ Julie E. Carnes
                              JULIE E. CARNES
                              CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)